

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-29-2005

# Paripovic v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 03-4193

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Paripovic v. Atty Gen USA" (2005). *2005 Decisions.* Paper 585.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/585

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

August 24, 2005

**No. 03-4193**

ZELJKO PARIPOVIC, Petitioner

v.

ATTORNEY GENERAL OF UNITED STATES, Respondent

(On Petition for Review from DOJ-OIL: A72-780-152)

**Present:     AMBRO, VAN ANTWERPEN and STAPLETON, Circuit Judges**

Unopposed Motion by Respondent to Amend or Modify Opinion filed
August 12, 2005.

 /s/ Aina R. Laws
Case Manager  267-299-4957

──────────── **O R D E R** ────────────

The foregoing unopposed motion by Respondent to amend or modify the Opinion is
granted.

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: August 29, 2005

ARL/cc: SKJ; DED; RME; DEG; JDW